**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KARAMELION LLC,** | |
| Plaintiff, | CASE NO. _____ |
| v. | **JURY TRIAL DEMANDED** |
| **SPRINGS WINDOW FASHIONS, LLC,** | **PATENT CASE** |
| Defendant. | |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**
**AGAINST SPRINGS WINDOW FASHIONS, LLC**

Plaintiff Karamelion LLC, files this Original Complaint for Patent Infringement against Springs Window Fashions, LLC and would respectfully show the Court as follows:

## I.  THE PARTIES

1.      Plaintiff Karamelion LLC ("Karamelion" or "Plaintiff") is a Texas limited liability company with its principal place of business at 5570 FM 423, Suite 250 #2022, Frisco, TX 75034.

2.      On information and belief, Defendant Springs Window Fashions, LLC ("Defendant") is a limited liability company organized and existing under the laws of Delaware. Defendant has a registered agent at Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

## II.  JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Delaware Long-Arm Statute, due

at least to its business in this forum, including at least a portion of the infringements alleged herein. Furthermore, Defendant is subject to this Court's specific and general personal jurisdiction because Defendant is a Delaware corporation.

5.     Without limitation, on information and belief, within this state, Defendant has used the patented inventions thereby committing, and continuing to commit, acts of patent infringement alleged herein. In addition, on information and belief, Defendant has derived revenues from its infringing acts occurring within Delaware. Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Delaware. Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Delaware. Defendant has committed such purposeful acts and/or transactions in Delaware such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

6.     Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, Defendant is incorporated in Delaware. Under the patent venue analysis, Defendant resides only in this District. On information and belief, from and within this District Defendant has committed at least a portion of the infringements at issue in this case.

7.     For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 6,275,166)

8.     Plaintiff incorporates the above paragraphs herein by reference.

9.     On August 14, 2001, United States Patent No. 6,275,166 ("the '166 Patent") was duly and legally issued by the United States Patent and Trademark Office.  The application leading to the '166 patent was filed on January 19, 1999.  (Ex. A at cover).  The '166 Patent is titled "RF Remote Appliance Control/Monitoring System." A true and correct copy of the '166 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10.    Plaintiff is the assignee of all right, title and interest in the '166 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '166 Patent.   Accordingly, Plaintiff possesses the exclusive right and standing to prosecute the present action for infringement of the '166 Patent by Defendant.

11.    The invention in the '166 Patent relates to control and monitoring of distributed systems in buildings such as systems for controlling and monitoring heating, air conditioning, lighting, security, occupancy, and usage of distributed facilities.  (Ex. A at col. 1:5-12).  Control of such distributed systems in the prior art commonly used computer networks and business software.  (*Id.* at col. 1:11-13).  A major difficult with such systems was the expense of wiring inter-connections between elements of the system, particularly when there are additions or changes to be made in the system.  (*Id.* at col. 1:14-18).  Prior art attempts to reduce the expense of the systems included using efficient network products such as using a widely known Ethernet standard, using AC power wiring to transmit RF communications to remove controllers, and using a combination of wired and wireless communications.  (*Id.* at col. 1:18-27).

12.    However, these centralized wireless control systems for building appliances have not been widely used mainly because systems that have a sufficient communication ranges are normally subject to regulations and licensing requirements that are prohibitively expensive.  (*Id.*

3

at col. 1:28-32).   Also, systems that are powerful enough to be used in widely distributed installations are unnecessarily expensive to be used in smaller installations.  (*Id.* at col. 1:32-34). With respect to wireless communication, there is limited availability of RF carrier frequencies, and potential interference with other nearby systems that might be operating in similar frequencies.  (*Id.* at col. 1:34-37).   Because of the continued deficiencies of the prior art solutions, there was a need for a wireless appliance control system that overcomes the disadvantages of the prior art solutions.  (*Id.* at col. 1:38-39).

13.   The inventors developed an invention that "meets this need by providing a wireless configuration that uses a distributed array of low power (short range) wireless controllers that are also functional as relay units for communicating with a headend control computer at long range."  (*Id.* at col. 1:42-46).

14.   The '166 patent discloses exemplary embodiments of the claimed invention.  The claimed invention is typically implemented in a building or location that has an appliance control/monitoring system.  (*Id.* at col. 3:64 – col. 4:7).  For example, the following figure is of a building (11) having a distributed array of appliance management stations (12) that wirelessly communicate with a headend control station (14) (*Id.* at col. 3:66 – col. 4:4):



*Fig. 2.*

The typical appliances connected to the appliance control/monitoring system are heating, ventilation and air conditioning units (HVAC), temperature sensors, motion detectors, and audio/video devices. (*Id.* at col. 1:5-9, col. 4:54-61). The appliances are interfaced with relay units that have appliance interface/controllers to communicate with the appliance and satellite radio transceivers. (*Id.* at col. 4:62-66). The satellite radio transceivers of the relay units are operable at low power and have a limited wireless communications range that reaches only a portion of the building or location. (*Id.* at col. 4:62-66). In order to for the relay units to communicate beyond their limited wireless range, they communicate by relaying transmissions using intermediate relay units to the intended destination. (*Id.* at col. 4:66 – col. 5:1). An exemplary simplified circuit block diagram of the appliance controller portion of the relay unit, including a satellite radio transceiver, is shown in Figure 3 of the '166 patent:



Fig. 3.

(Ex. A).   The microprocessor (34) is connected between a satellite transceiver (22) and the appliance device (24).  (*Id.* at col. 5:13-15).

15.   The '188 patent includes a diagram of an exemplary command protocol (Fig. 4) and exemplary return protocol (Fig. 5):



Fig. 4.   60       Fig. 5.   70

(Ex. A).   The exemplary command protocol includes an address section (62) that includes a destination address (63) and may include relay addresses (64) so that the message may be relayed to another device.  (*Id.* at col. 7:40-43).   Following the address section is a command section (66) that includes device commands (67) that are directed to particular appliance devices at the destination relay unit.  (*Id.* at col. 7:43-47).   The exemplary return protocol includes a

counterpart of the address section (72) that includes a destination address (73) and relay addresses (74). (*Id.* at col. 7:48-51). Following the address section of the return protocol is a feedback section (76) that include feedback elements (77) that are responsive to the appliance devices at the destination relay unit. (*Id.* at col. 7:51-55).

16.    A pictorial diagram showing an exemplary process for using a portion of the system is shown in Figure 6 of the '166 patent:



*Fig. 6.*

(Ex. A). A transmitter in the headend computer (H) signals the addresses of relay units (20), with one of the addresses being the destination address (D), and the other addresses include a first and second relay address (R1, R2), and a control signal (C) for appliance (A) being interfaced to the destination relay unit (D). (*Id.* at col. 7:56-65). The first relay unit decodes the first relay address, and transmits the control signal, the second relay address and the destination address from the first relay unit; the same steps occur at the second relay unit but with respect to decoding the second relay address. (*Id.* at col. 7:65 – col. 8:1). The destination relay unit decodes the destination address and feeds the control signal to the appliance; then the destination unit transmits the destination address, the first and second relay addresses, and an acknowledgement signal (Ak). (*Id.* at col. 8:2-6). The second relay unit decodes the second

relay address, and then transmits the acknowledgement signal (Ak), the first relay address, and the destination address; the same steps occur at the first relay unit but with respect to decoding the first relay address.  (*Id.* at col. 8:6-9).  The headend computer decodes the destination address and receives the acknowledgement signal (Ak).  (*Id.* at col. 8:9-11).  The decoding and transmitting in the relay units are implemented by first and second instruction portions (82A, 82B), respectively, of the relay program (82).  (*Id.* at col. 8:11-14).  The feeding of the control signal by the relay unit to the appliance and generating the acknowledgement signal occurs in the appliance program (84).  (*Id.* at col. 8:14-16).  Both the relay program and appliance program are in the microcomputer memory of each relay unit.  (*Id.* at col. 8:16-18).

17.     As explained during the prosecution history, the prior art did not teach a relay unit being an appliance controller that communicated with a headend computer using at least two other relay units.  The invention therefore overcame the prior art, which were excessively expensive, had insufficient bandwidth, were ineffective in serving multiple devices, were unreliable, and were difficult to use.  (Ex. B at col. 1:43-51).

18.     **<u>Direct Infringement.</u>**  Upon information and belief, Defendant has been directly infringing at least claim 1 of the '166 patent in Delaware, and elsewhere in the United States, by performing actions comprising making, using, selling, and/or offering for sale an appliance controller for a distributed appliance system having a headend computer, a multiplicity of appliances, and a plurality of relay units that satisfies the limitations of at least claim 1, including without limitation Z-wave motorized shades ("Accused Instrumentality").

19.     Accused Instrumentality provides an appliance controller (*e.g.*, Z-wave motorized shades) for a distributed appliance system (*e.g.*, Z-Wave network) having a headend computer (*e.g.*, primary controller, such as a Nexia Bridge), a multiplicity of appliances (*e.g.*, appliances

such as window blind motors), and a plurality of relay units (*e.g.*, repeaters), one of the relay units being the appliance controller (*e.g.*, Z-Wave node).

20.     Each Accused Instrumentality is an appliance controller comprising a low power satellite radio transceiver (*e.g.*, radio frequency transceivers within the various Z-Wave devices) having a range being less than a distance to at least some of the appliances.





(https://www.baliblinds.com/motorization/).[1]

---

[1] Red boxes and lines are added unless otherwise noted.

## Powerful Remotes

No matter what your window needs, we have the remote for you.



| AutoView Standard Remote | AutoView Plus Remote | EasyView Remote | AutoView Premium Remote |
|---|---|---|---|
| Control one shade with simplicity and ease. | Control one shade or multiple shades simultaneously. | Control one shade or multiple shades simultaneously. | Control up to 24 shades in your home with one remote. |

## Motorization Product Guide

Discover which shades work with each type of Bali remote.

= Integrates with most Z-Wave home automation systems

(*Id.*).

| Product Name | Window | Room | | Home |
|---|---|---|---|---|
| | AutoView Standard Remote | AutoView Plus Remote | EasyView Remote | AutoView Premium Remote |
| Cellular Shades | ✓ | ✓ | ✓ | ✓ |
| Classic Roman Shades | ✓ | ✓ | | ✓ |
| Layered Shades | | ✓ | | ✓ |
| Natural Shades | ✓ | ✓ | | ✓ |
| Pleated Shades | ✓ | ✓ | ✓ | ✓ |
| Roller Shades | ✓ | ✓ | ✓ | ✓ |
| Sheer Shades | | ✓ | | ✓ |
| Solar Shades | ✓ | ✓ | ✓ | ✓ |
| Tailored Roman Shades | ✓ | ✓ | | ✓ |

(*Id.*).

   

(*Id.*).



([https://www.baliblinds.com/globalassets/3.-documents/installation-instructions/bali-sheer-layered-shades-owners-manual-autoview.pdf](https://www.baliblinds.com/globalassets/3.-documents/installation-instructions/bali-sheer-layered-shades-owners-manual-autoview.pdf)).

## PAIRING YOUR REMOTES AND SHADES

We preprogrammed your remotes to operate your shades. However, you might decide to adjust the pairing—for example, you might lose a remote and need to pair a new one, or you might buy an additional remote after you buy your shades. This section shows you how to pair remotes and shades for a variety of control scenarios.

To make the instructions easy to follow, steps for the multi-channel remote are separated into their own section.

NOTE

### Pair Your Single Channel Remote

You might need to do this if you bought a new remote or shade. These steps apply only to the new remote or shade.

1. Reset the new remote to make sure you start with a clean slate.

   a. Press and hold the program button on the back of the remote for 15 seconds. When the LED stops flashing, release the button.
   *The remote LED should flash green, amber, and red before turning off.*



   b. On the new shade, press and hold the program button for 7 seconds. When the shade jogs, release the button.



2. On the back of the new remote, quickly press and release the program button twice.
   *The remote LED will flash amber and green.*



3. On the new shade, press and hold the program button for 3 seconds. When the shade LED flashes green, release the button.



(*Id.*).

## INTEGRATING YOUR SHADES WITH A Z-WAVE® HOME AUTOMATION SYSTEM

Your shades and remotes operate using Z-Wave radio technology, which allows you to control your shades with many popular home automation systems.

To integrate your shades with a home automation system, you'll perform three tasks:

1. **Exclude:** Remove the current pairing between your shades and remotes.

2. **Include:** Add your shades and remotes to the home automation system.

3. **Associate:** Pair remotes with your shades.

The following sections walk you through each task.

### Step 1: (Exclude) Remove the Current Pairing Between Your Shades and Remotes

1. Reset each two-button or single-channel remote, if you have them.

   a. Press and hold the program button on the back of the remote for 15 seconds until the remote LED stops flashing.
   *The remote LED should flash green, amber, and red before turning off.*



2. Reset your multi-channel remote, if you have one.

   a. Press and hold the MENU/RIGHT button for 2 seconds to enter the menu.
   b. Select ZWAVE > RESET.
   c. With LIKE NEW? selected, press and hold the MENU/RIGHT button until the screen no longer tells you to wait.



3. On each shade, press and hold the program button for 7 seconds. When the shade jogs, release the button.
   *All remotes are now removed from the shades. However, the shades' upper, lower, and home positions are still set.*



(https://www.baliblinds.com/globalassets/3.-documents/installation-instructions/bali-sheer-layered-shades-owners-manual-autoview.pdf).

## Step 2: (Include) Add Your Shades and Remotes to the Home Automation System

**NOTE**
You need to add the shades first and then the remotes to your home automation system.

### Add Your Shades

1. From your home automation system's user interface, select the option to enroll a new Z-Wave device.
   *See your home automation system's instructions for details.*

2. On one of your shades, press and hold the program button for 3 seconds. When the shade LED flashes green, release the button.
   *The shade should appear as a found Z-Wave device in your home automation system's user interface.*



3. Repeat steps 1–2 for each shade.

### Add Your Single-Channel Remotes

1. From your home automation system's user interface, select the option to enroll a new Z-Wave device.
   *See your home automation system's instructions for details.*

2. On one of your remotes, press and hold the program button on the back for 3 seconds. When the remote LED flashes green, release the button.



### Add Your Multi-Channel Remote

1. From your home automation system's user interface, select the option to enroll a new Z-Wave device.
   *See your home automation system's instructions for details.*

2. On the remote, press and hold the MENU/RIGHT button to enter the menu.

3. Select ZWAVE > LEARN.

4. Repeat steps 1–3 for each remote.



(*Id.*).

## Step 3: (Associate) Pair Remotes with Your Shades

If you want to be able to control your shades with remotes as well as with your home automation system, follow these steps.

### Pair a Shade with a Single-Channel Remote

1. On the remote, press and release the program button on the back.
   *The remote LED will flash green.*



2. On the shade, press and hold the program button for 3 seconds. When the shade LED flashes green, release the button.
   *The LEDs on the remote and shade will turn green, then turn off, and the shade will jog.*



3. Repeat steps 1–2 for each shade you want to control with a remote.

### Pair a Shade with a Multi-Channel Remote

1. On the remote, press and hold the MENU/RIGHT button for 2 seconds to enter the menu.

2. Select ZWAVE > ASSOCIATE.

3. On the shade, press and hold the program button for 3 seconds. When the shade LED flashes green, release the button.



(*Id.*).

**Pairing Your Multi-Channel Remote**

**Pair a Remote with a Shade**
You might need to do this if you bought a new shade after your initial purchase.

1. Press and hold the MENU/RIGHT button for 2 seconds to enter the menu.



2. Select ZWAVE > INCLUDE.



3. On the shade you want to pair, press and hold the program button for 3 seconds. When the shade LED flashes green, release the button.
*The remote's screen will indicate that the shade is now paired with the remote.*

4. Repeat steps 2–4 for each shade you want to pair.

5. Assign the shade to a channel by following the steps on page 8.



**Pair a Remote with a Group of Shades Already Controlled by a Group Remote**

If you bought a new multi-channel remote and want to pair it with a group of shades that are already controlled by a group remote, follow these steps.

1. On the group remote, quickly press and release the program button on the back twice.
*The remote LED will flash amber and green.*



2. On the multi-channel remote, press and hold the MENU/RIGHT button for 2 seconds.

3. Select ZWAVE > LEARN.
*The group remote LED will flash green and then turn off. The multi-channel remote will show JOINING on the screen.*

4. Select SHADE > FIND > BEGIN.
*The multi-channel remote will show FOUND SHADES.*

5. Assign the shades to channels by following the steps on page 8.





| Legend | | | |
|---|---|---|---|
| ● | Press and hold | ∧ | Move up |
| ◉ | Press and release | ∨ | Move down |

(*Id.*).

# ABOUT Z-WAVE®

Z-Wave is a wireless mesh-networking protocol for reliable, intelligent home control of all Z-Wave compatible devices. Z-Wave devices can act as repeaters to create a mesh-network to ensure reliable communication regardless of the manufacturer or type of device. This product can be included and operated in any Z-Wave network with other Z-Wave certified devices from any other manufacturer. Z-Wave devices such as lamp modules, fan controllers, thermostats, dimmer switches, and many other types of home control devices are available from a wide range of manufacturers. The Z-Wave Alliance (www.z-wavealliance.com) provides a list of manufacturers of Z-Wave compliant devices. Z-Wave was created by Sigma Designs and more details on the technology can be found at www.z-wave.com.

This product can be included and operated in any Z-Wave network with other Z-Wave certified devices from other manufacturers and/or other applications. All nonbattery-operated nodes within the network will act as repeaters regardless of vendor to increase reliability of the network.

The current product controls may establish two Association Groups. Association Group #1 is a dedicated lifeline for secondary controls, primarily used for battery status reports, central scene cc, local reset cc. Association Group #2 is dedicated to slave shades nodes, with a maximum of 12 slave nodes. Normal shade control command will use Association Group #2.

(*Id.*).

The Z-Wave Protocol handles transmissions to destinations all over the network. If necessary, other nodes are used as repeaters. This is called routing.

During bootstrapping, the Primary Controller asks the new node to discover its neighbors. Thanks to the neighbor nodes information, the Primary Controller builds a network map and knows the different possible routes to reach a node.

When using repeaters, the Sending node includes the route information in the frame. Each repeater parses the routing information and forwards the frame accordingly.

Sigma Designs Inc.                     Z-Wave Networking Basics                     Page 5 of 7

APL13031-2                             Z-Wave Networking Basics



**Example 4:** Routing via repeaters

Routing may also be used during inclusion if a node is not within direct range of the Primary Controller.

(http://zwavepublic.com/sites/default/files/APL13031-2%20-%20Z-Wave%20Networking%20Basics.pdf).



Z-Wave Alliance Recommendation ZAD12837-1

**Z-Wave Transceivers – Specification of Spectrum Related Components**

(2014)

**Scope**

This Recommendation provides guidelines pertaining to spectrum usage of the short range narrowband digital radiocommunication transceivers complying with ITU-T Recommendation G.9959. ITU-T Recommendation G.9959 contains the system architecture, physical layer (PHY) and medium access control layer (MAC) specifications for G.9959 compliant transceivers.

**References**

[1] Recommendation ITU-T G.9959, *Short range narrowband digital radiocommunication transceivers – PHY & MAC layer specifications*

**Definitions**

This Recommendation uses the following definitions:

**Channel:** a transmission path between nodes. One channel is considered to be one transmission path. Logically a channel is an instance of the communications medium used for the purpose of passing data between two or more nodes.

**Node:** any network device that contains a G.9959 transceiver. In the context of this Recommendation, use of the term 'node' without a qualifier means 'G.9959 node'.

(https://z-wavealliance.org/wp-content/uploads/2015/02/ZAD12837-1.pdf).



(https://www.schlage.com/content/dam/sch-us/documents/pdf/installation-

manuals/24060857.pdf).

21.     Each Accused Instrumentality has an appliance interface for communicating with

the at least one local appliance (*e.g.*, an interface which connects and makes possible the

transmission of a signal to the motorized shades).   For example, the motorized shades

communicated with the motor to raise and lower the blinds.  (*Supra* ¶20).

22.     Each Accused Instrumentality has a microcomputer connected between the

satellite radio transceiver (*e.g.*, Z-Wave transceiver) and the appliance interface and having first

program instructions for controlling the satellite transceiver (*e.g.*, the microcontroller controls the

transmission of signals from the transceiver to the other Z-Wave nodes in the network), and

second program instructions for directing communication between the satellite transceiver and

the appliance interface (*e.g.*, the microcontroller within the Z-Wave device enables the command

received from the primary controller by the Z-Wave transceiver to be communicated to the

appliance interface of the device so that the intended action can be executed such as raise or lower blinds).  (*Supra* ¶20; https://standards.ieee.org/getieee802/download/802.15.4-2011.pdf).



Z-Wave's physical and media access layers (PHY/MAC) have been ratified by the International Telecommunication Union (ITU) as the international standard (G.9959). The Z-Wave Standard is administered by the Z-Wave Alliance which serves as the Standards Development Organization (SDO) for Z-Wave.

Together, Sigma Designs, the Z-Wave Alliance and the over 450 international companies that use Z-Wave technology in their products and services present the largest ecosystem of interoperable wireless control products in the world. The Z-Wave mesh communication protocol stack is embedded in the available chips and modules, and is accessed through a complete set of APIs. Z-Wave chips and modules provide Flash or OTP memory options for the manufacturer or OEM's application software.

For many products, the Z-Wave chip or module, with its on-board micro-controller, is all that is needed for a complete Z-Wave solution. For companies that choose chip-based over module-based solutions, a range of blueprints of the PCB circuitry surrounding the Z-Wave Single Chip is offered, including antenna circuitry and filters. Sigma Designs also licenses reference designs, stack software and APIs to chip manufacturers that are interested in entering the wireless control space, providing Z-Wave porting services that assure quality and accelerate product development. Z-Wave's industry-leading device specifications are available royalty free, based on a RAND model. The Z-Wave certification program ensures interoperability between all products.

(https://Z-Wavealliance.org/Z-Wave-oems-developers/).

The Version Command Class, version 2 is extended to report the version of various firmware images such as a host processor firmware, etc. in addition to the firmware image running in the Z-Wave chip.

As an example, one may construct a product comprising a Z-Wave chip and a secondary host processor that maintains a security certificate. With Firmware Update Meta Data Command Class, version 3 the Z-Wave chip, the host processor and the security certificate may all be updated via individual firmware IDs. Version 2 of the Version Command Class (this Command Class) allows a controlling node to request the corresponding version information for each firmware ID.

Commands not mentioned here remain the same as specified for Version Command Class, version 1.

**4.20.1  Version Report Command**

This command is used to report the library type, protocol version and application version from a node.

Version 2 of this command renames the fields Application Version and Application Sub Version to Firmware 0 Version and Firmware 0 Sub Version. The use remains the same.

A node MUST advertise the version of all firmware images which can be updated via the Firmware Update Command Class.

A one-chip system MUST comply with the following:

- The Firmware 0 Version MUST reflect the complete firmware implementing the Z-Wave protocol stack as well as the Z-Wave application.

A multi-processor system MUST comply with the following:

- The Firmware 0 Version MUST reflect the firmware implementing the Z-Wave protocol stack and the inter-chip interface module that enables the Z-Wave application to run in the host processor. Another firmware number (e.g. Firmware 1) version MUST reflect the Z-Wave application that runs in the host processor. Any firmware number larger than 0 MAY be used for this purpose.

(http://zwavepublic.com/sites/default/files/command_class_specs_2017A/SDS13782-4%20Z-Wave%20Management%20Command%20Class%20Specification.pdf).

23.     Each Accused Instrumentality provides first program instructions including detecting communications directed by the headend computer (*e.g.*, primary controller, in this case Nexia Bridge) relative to the same appliance controller (*e.g.*, targeted Z-Wave node), signaling receipt of the directed communications (*e.g.*, sending acknowledgement signal through the Z-Wave transceiver), and directing communications to the headend computer relative to the same appliance controller (*e.g.*, sending status of an appliance or signal from a connected sensor).  For example, Nexia Bridge can send/receive messages to program various connected Z-wave devices; the Z-wave motorized blinds can receive communications to raise or lower the blinds.  (*Supra* ¶20; https://standards.ieee.org/getieee802/download/802.15.4-2011.pdf).

24.     Each Accused Instrumentality has a second program instructions including detecting relay communications directed between the headend computer and a different relay unit, transmitting the relay communications, detecting a reply communication from the different relay unit, and transmitting the reply communication to the headend computer, wherein at least some of the relay units communicate with the headend computer by relay communications using at least two others of the relay units (*e.g.*, a Z-Wave node detects messages from primary controller and checks whether message is intended for itself, if not, then acting as a repeater, transmits it to next intended device in the route; the Z-Wave node detects messages from another Z-Wave node and forwards it to primary controller).  The Accused Instrumentality work on Z-Wave technology which uses mesh network and would communicate with the headend computer by relay communications using at least two others of the relay units (*e.g.*, repeaters).  (*Supra* ¶20; https://standards.ieee.org/getieee802/download/802.15.4-2011.pdf;

https://www.zwaveproducts.com/learn/ask-an-expert/glossary/mesh-network;

http://docslide.us/documents/Z-Wave-technical-basics-small.html;

http://www.zwaveproducts.com/learn/Z-Wave).



Each frame carries a checksum. A Receiving node can verify the frame integrity thanks to this checksum. Invalid frames are discarded.

A Receiving node returns an Ack message in order to confirm that the frame has been received. If no Ack is received by the Sending node, it must assume that the transmission failed. The Sending node will then retransmit the same message until it gets feedback from the Receiving node. After three unsuccessful transmissions, the Sending node will consider the link to be down.

Ack messages are sent to confirm the frame integrity and do not imply that the Receiving node has understood or executed the command.

Local differences in wireless link quality may cause a Z-Wave network analyzer (known as a Zniffer) not to see the same transmissions as nodes participating in a transmission.

**Example 3:** Network analysis issues

(http://zwavepublic.com/sites/default/files/APL13031-2%20-%20Z-Wave%20Networking%20Basics.pdf).

This command is used to set the network route to use when sending commands to the specified NodeID.

The use of this command is NOT RECOMMENDED.

| 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|
| COMMAND_CLASS = NETWORK_MANAGEMENT_INSTALLATION_MAINTENANCE | | | | | | | |
| COMMAND = PRIORITY_ROUTE_SET | | | | | | | |
| NodeID | | | | | | | |
| Repeater 1 [First repeater] | | | | | | | |
| Repeater 2 | | | | | | | |
| Repeater 3 | | | | | | | |
| Repeater 4 [Last repeater] | | | | | | | |
| Speed | | | | | | | |

**NodeID (1 byte)**

This field is used to specify the destination NodeID for which a last working route MUST be set.

**Repeater (4 bytes)**

This field is used to specify repeaters for the route. Each byte represents a NodeID and the first field (Repeater 1) is the first repeater of the route.

The value 0x00 MUST indicate that the byte does not represent a repeater. If the route is shorter than four repeaters, unused repeaters fields MUST be set to 0x00. If Repeater 1 is set to 0x00, it means that the Last Working Route is direct (nodes are within direct reach).

(http://zwavepublic.com/sites/default/files/command_class_specs_2017A/SDS13784-4%20Z-Wave%20Network-Protocol%20Command%20Class%20Specification.pdf).



(http://zwavepublic.com/sites/default/files/APL13031-2%20-%20Z-Wave%20Networking%20Basics.pdf).

### III.   COUNT II
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 6,873,245)

25.     Plaintiff incorporates the above paragraphs herein by reference.

26.     On March 29, 2005, United States Patent No. 6,873,245 ("the '245 Patent") was duly and legally issued by the United States Patent and Trademark Office.   The application leading to the '245 patent was filed on August 14, 2001, and is a continuation-in-part of the application leading to the '166 Patent.   (Ex. B at cover).   The '245 Patent is titled "RF Remote

Appliance Control/Monitoring System."  A true and correct copy of the '245 Patent is attached hereto as Exhibit B and incorporated herein by reference.

27.     Plaintiff is the assignee of all right, title and interest in the '245 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '245 Patent.  Accordingly, Plaintiff possesses the exclusive right and standing to prosecute the present action for infringement of the '245 Patent by Defendant.

28.     Because the '245 patent is a continuation in part of the application leading to the '166 patent, the '245 patent has a substantially overlapping specification and the background regarding the '166 patent is equally applicable and is incorporated by reference with respect to the '245 patent.  (*Supra* ¶¶11-17).

29.     **Direct Infringement.**  Upon information and belief, Defendant has been directly infringing at least claim 1 of the '245 patent in Delaware, and elsewhere in the United States, by performing actions comprising making, using, selling, and/or offering for sale an appliance controller for a distributed appliance systems having a multiplicity of appliances, and a plurality of relay units, that satisfies the limitations of at least claim 1, including without limitation Z-wave motorized shades ("Accused Instrumentality").

30.     Each Accused Instrumentality provides an appliance controller (*e.g.*, Z-wave motorized shades) for a distributed appliance system (*e.g.*, Z-Wave network) having a multiplicity of appliances (*e.g.*, appliances such as motorized shades, etc.), and a plurality of relay units (*e.g.*, repeaters), one of the relay units being the appliance controller (*e.g.*, a Z-Wave Controller).                                   (*Supra*                                   ¶20;

http://zwavepublic.com/sites/default/files/command_class_specs_2017A/SDS13782-4%20Z-

21

Wave%20Management%20Command%20Class%20Specification.pdf;

http://zwavepublic.com/sites/default/files/APL13031-2%20-%20Z-

Wave%20Networking%20Basics.pdf)

31.     Each Accused Instrumentality has a low power satellite radio transceiver (*e.g.*, radio frequency transceivers within the various Z-Wave devices) having a range being less than a distance to at least some of the appliances.  (*Supra* ¶20).

32.     Each Accused Instrumentality has an appliance interface for communicating with the at least one local appliance (*e.g.*, an interface which connects and makes possible the transmission of signal to the actual electrical appliance like a motorized shade).  (*Supra* ¶20).

33.     Each Accused Instrumentality has a microcomputer (*e.g.*, microcontroller) connected between the satellite radio transceiver (*e.g.*, Z-Wave transceiver) and the appliance interface and having first program instructions for controlling the satellite transceiver (*e.g.*, the microcontroller controls the transmission of signals from the transceiver to the other Z-Wave nodes in the network) and second program instructions for directing communication between the satellite transceiver and the appliance interface (*e.g.*, the microcontroller within the Z-Wave device enables the command received from the appliance interface to be communicated to the local appliance by the Z-Wave transceiver so that the intended action can be executed such as raise or lower shades).  (*Supra* ¶¶20, 22; https://Z-Wavealliance.org/Z-Wave-oems-developers/; http://zwavepublic.com/sites/default/files/command_class_specs_2017A/SDS13782-4%20Z-Wave%20Management%20Command%20Class%20Specification.pdf;    http://www.rfwireless-world.com/Tutorials/Z-Wave-physical-layer.html).

34.     Each Accused Instrumentality has a first program instructions including detecting communications directed by another of the relay units (*e.g.*, another Z-Wave node acting as a

repeater) relative to the same appliance controller (*e.g.*, targeted Z-Wave node), signaling receipt of the directed communications (sending acknowledgement signal through the Z-Wave transceiver), and directing communications to the other of the relay units relative to the same appliance controller (*e.g.*, sending status of an appliance or signal from a connected sensor).  For example, Nexia Bridge can send/receive messages to program various connected Z-Wave devices; the motorized shade can receive communications to raise or lower blinds.  (*Supra* ¶20;

http://zwavepublic.com/sites/default/files/APL13031-2%20-%20Z-Wave%20Networking%20Basics.pdf;

http://zwavepublic.com/sites/default/files/command_class_specs_2017A/SDS13784-4%20Z-Wave%20Network-Protocol%20Command%20Class%20Specification.pdf).

35.   Each Accused Instrumentality has a second program instructions including detecting relay communications directed between the another of the relay units and a different relay unit, transmitting the relay communications, detecting a reply communication from the different relay unit, and transmitting the reply communication to the other of the relay units, wherein at least some of the relay units communicate with others of the relay units by relay communications using at least two others of the relay units (*e.g.*, a Z-Wave node detects messages from primary controller and checks whether message is intended for itself, if not, then acting as a repeater, transmits it to next intended device in the route.  Also, the Z-Wave node detects messages from another Z-Wave node and forwards it to primary controller. N number of nodes may be involved in the process acting as repeaters or relay units).  The Accused Instrumentality works on Z-Wave technology which uses mesh network and would communicate with the other relay units by relay communications using at least two others of the relay units (*e.g.*, repeaters).  (*Supra* ¶¶20, 24; http://zwavepublic.com/sites/default/files/APL13031-2%20-

%20Z-Wave%20Networking%20Basics.pdf;

http://zwavepublic.com/sites/default/files/command_class_specs_2017A/SDS13784-4%20Z-Wave%20Network-Protocol%20Command%20Class%20Specification.pdf;

https://www.zwaveproducts.com/learn/ask-an-expert/glossary/mesh-network;

http://docslide.us/documents/Z-Wave-technical-basics-small.html;

http://www.zwaveproducts.com/learn/Z-Wave).

36.     Plaintiff has been damaged because of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '166 Patent and the '245 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

37.     On information and belief, Defendant had at least constructive notice of the '166 Patent and the '245 Patent by operation of law, and there are no marking requirements that have not been complied with.

## IV.  JURY DEMAND

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## V.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.      Judgment that one or more claims of United States Patent No. 6,275,166 have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b.  Judgment that one or more claims of United States Patent No. 6,873,245 have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

c.  Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

d.  That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein;

e.  That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

Dated:  February 28, 2019

OF COUNSEL:

David R. Bennett
DIRECTION IP LAW
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

DEVLIN LAW FIRM LLC

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
1306 N. Broom Street, 1st Floor
Wilmington, DE 1980
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

**ATTORNEYS FOR PLAINTIFF
KARAMELION LLC**